# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 13, 2010

136738(66)(69)(71)(73)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

RODNEY MCCORMICK,
          Plaintiff-Appellant,

v

LARRY CARRIER,
          Defendant,
and

ALLIED AUTOMOTIVE GROUP, INC.,
indemnitor of GENERAL MOTORS
CORPORATION,
          Defendant-Appellee.
_____

SC: 136738
COA: 275888
Genesee CC: 06-083549-NI

On order of the Chief Justice, motions by the Coalition Protecting Auto No-Fault, the Insurance Institute of Michigan, the Michigan Association for Justice and the Negligence Section of the State Bar of Michigan for leave to file briefs *amicus curiae* are considered and they are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2010

_____
Clerk